**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2766
   Facsimile: (916) 554-2900



**FILED**

MAY 2 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:12 - SW - 0278    EFB

IN THE MATTER OF THE                )
APPLICATION OF THE UNITED STATES    ) NO. 2:12-SW-
OF AMERICA FOR AUTHORIZATION TO     )
OBTAIN LOCATION DATA CONCERNING     )
CELLULAR TELEPHONE 916-240-6143     ) SEALING ORDER
                                    )

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: 5-23-2012

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1